KOLIN C. TANG (SBN 279834)
SHEPHERD FINKELMAN MILLER & SHAH, LLP
1401 Dove Street, Suite 510
Newport Beach, CA 92660
Telephone: (323) 510-4060
Facsimile: (866) 300-7367
Email: ktang@sfmslaw.com

DARREN E. NADEL (SBN 154417)
LITTLER MENDELSON, P.C.
1900 16th Street, Suite 800
Denver, CO  80202
Telephone:  (303) 629-6200
Facsimile: (303) 629-0200
Email: dnadel@littler.com

Mark K. Gyandoh
Donald R. Reavey
Capozzi Adler, P.C.
312 Old Lancaster Road
Merion Station, PA  19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com
         donr@capozziadler.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA D. ORNELAS, Individually and as a representative of a class of similarly situated persons, on behalf of the PRIME HEALTHCARE SERVICES, INC. 401(K) PLAN,<br><br>           Plaintiff,<br>      v.<br><br>PRIME HEALTHCARE SERVICES, INC.; THE PRIME HEALTHCARE SERVICES, INC. 401(K) PLAN COMMITTEE; and DOES No. 1-10, Whose Names Are Currently Unknown,<br><br>           Defendants. | Case No: 8:20-cv-01529-JLS<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATION OF RELATED CASES, SCHEDULE FOR CONSOLIDATED AMENDED COMPLAINT AND DEFENDANTS' RESPONSE** |

| | |
|---|---|
| CHANTELL CAMPBELL, MARIE NELLIST, BRIAN HORTON and PAULINA CERVANTES, Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>  v.<br><br>PRIME HEALTHCARE SERVICES, INC.; THE CHIEF EXECUTIVE OFFICER OF PRIME HEALTHCARE SERVICES, INC., THE ADMINISTRATIVE COMMITTEE OF PRIME HEALTHCARE SERVICES, INC. 401(K) PLAN COMMITTEE; and DOES No. 1-20, Whose Names Are Currently Unknown,<br><br>    Defendants. | Case No:<br>5:20-cv-01887-JLS |

  Plaintiff, Maria D. Ornelas (the "*Ornelas* Plaintiff"); Plaintiffs Chantell Campbell, Marie Nellist, Brian Horton, Paulina Cervantes (the "*Campbell* Plaintiffs" and together with the *Ornelas* Plaintiff, "Plaintiffs"); and Defendants Prime Healthcare Services, Inc., The Chief Executive Officer of Prime Healthcare Services, Inc., The Administrative Committee of Prime Healthcare Services, Inc. 401(k) Plan Committee ("Defendants," and together with Plaintiffs, the "Parties"), by and through their respective counsel, hereby agree and stipulate to the following:

  WHEREAS, on August 18, 2020, the *Ornelas* Plaintiff, by and through her attorneys, Shepherd Finkelman Miller & Shah LLP, filed a putative class action complaint against certain Defendants alleging claims under Sections 409 and 502 of the Employee Retirement Income Security Act ("ERISA") (the "*Ornelas* Complaint");

  WHEREAS, on September 11, 2020, the *Campbell* Plaintiffs, by and through their attorneys, Capozzi Adler P.C., filed a putative class action complaint against certain Defendants alleging similar claims as those alleged in the *Ornelas* Complaint based on the same provisions of ERISA ("the *Campbell* Complaint," and together with the *Ornelas* Complaint, the "Initial Complaints");

  WHEREAS, service of process has been effected as to some Defendants, and waivers of summons have been received by some Defendants, and/or Defendants have agreed to accept

service as part of the Parties' agreement herein to consolidate and coordinate the cases;

WHEREAS, by Stipulation and Proposed Order dated October 29, 2020, the *Ornelas* Plaintiff and the Defendants in that action agreed to extend the time for Defendants to answer or otherwise plead in response to the *Ornelas* Complaint until December 7, 2020;

WHEREAS, the Parties agree that the above-captioned actions as well as any related cases that may be filed (the "Actions") should be consolidated for all purposes pursuant to Federal Rule of Civil Procedure 42(a);

WHEREAS, consolidation of the Actions for all purposes is appropriate given the similar and overlapping questions of law and fact involved in the Actions;

WHEREAS, consolidation of the Actions for all purposes will promote judicial economy and avoid unnecessarily duplicative efforts;

WHEREAS, the Parties have agreed that, after the consolidation of the Actions, Plaintiffs will file a consolidated amended complaint ("Consolidated Amended Complaint"), and Defendants anticipate filing a motion to dismiss the Consolidated Amended Complaint;

WHEREAS, the Parties have agreed that, in light of Plaintiffs' intention to file a Consolidated Amended Complaint, Defendants need not respond to the Initial Complaints;

WHEREAS, the *Ornelas* Plaintiff and *Campbell* Plaintiffs have agreed, among themselves, who shall serve as lead counsel, and shall file a separate notice advising the Court of their agreement;

NOW, THEREFORE, the Parties, through their undersigned attorneys and subject to the Court's approval, stipulate and agree that:

## CONSOLIDATION OF RELATED ACTIONS

1. The Actions shall be consolidated for all purposes and shall be referred to and captioned as "*In re Prime Healthcare ERISA Litigation*." n (the "Consolidated Action").

2. The Consolidated Action shall bear the Master File No. 8:20-cv-01529-JLS. Any document filed in the Master File No. 8:20-cv-01529-JLS shall be deemed to have been filed in all of the Actions.

**SCHEDULE FOR CONSOLIDATED AMENDED COMPLAINT, DEFENDANTS' RESPONSE AND RELATED MATTERS**

3. Because Plaintiffs will file a Consolidated Amended Complaint that will moot the pending Complaints, Defendants shall not be required to respond to the Initial Complaints.

4. Plaintiffs shall file a Consolidated Amended Complaint ("CAC") on or before December 14, 2020.

5. Defendants shall answer, move, or otherwise respond to the Consolidated Amended Complaint within sixty (60) days of the filing of that Consolidated Amended Complaint.

6. Plaintiffs shall oppose any motion to dismiss filed by Defendants within thirty (30) days of the filing of that motion.

7. Defendants shall reply to Plaintiffs' opposition within twenty-one (21) days of the filing of the opposition.

*s/ Kolin C. Tang*
KOLIN C. TANG (SBN 279834)
SHEPHERD FINKELMAN MILLER & SHAH, LLP
1401 Dove Street, Suite 510
Newport Beach, CA 92660
Telephone: (323) 510-4060
Facsimile: (866) 300-7367
Email: ktang@sfmslaw.com

*s/ Darren E. Nadel*
DARREN E. NADEL (SBN 154417)
LITTLER MENDELSON, P.C.
1900 16th Street, Suite 800
Denver, CO 80202
Telephone: (303) 629-6200
Facsimile: (303) 629-0200
**Email:** dnadel@littler.com

*s/ Mark K. Gyandoh*
Mark K. Gyandoh
Donald R. Reavey
Capozzi Adler, P.C.
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com
       donr@capozziadler.com

Dated this 1st day of December, 2020