**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA D. ORNELAS, Individually and as a representative of a class of similarly situated persons, on behalf of the PRIME HEALTHCARE SERVICES, INC. 401(K) PLAN,<br><br>              Plaintiff,<br>     v.<br><br>PRIME HEALTHCARE SERVICES, INC.; THE PRIME HEALTHCARE SERVICES, INC. 401(K) PLAN COMMITTEE; and DOES No. 1-10, Whose Names Are Currently Unknown,<br><br>              Defendants. | Case No:<br>8:20-cv-01529-JLS (JDEx) |
| CHANTELL CAMPBELL, MARIE NELLIST, BRIAN HORTON and PAULINA CERVANTES, Individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br>     v.<br><br>PRIME HEALTHCARE SERVICES, INC.; THE CHIEF EXECUTIVE OFFICER OF PRIME HEALTHCARE SERVICES, INC., THE ADMINISTRATIVE COMMITTEE OF PRIME HEALTHCARE SERVICES, INC. 401(K) PLAN COMMITTEE; and DOES No. 1-20, Whose Names Are Currently Unknown,<br><br>              Defendants. | Case No:<br>5:20-cv-01887-JLS (JDEx)<br><br>JS-6 |

**ORDER GRANTING STIPULATION AND
CONSOLIDATING RELATED ACTIONS**

Before the Court is a Stipulation by and between parties to two actions pending before this Court, requesting consolidation. Under Rule 42(a), the Court may consolidate actions if they

involve a "common question of law or fact." Fed. R. Civ. P. 42(a). Having reviewed the Stipulation and papers filed in 8:20-cv-01529-JLS-JDE and 5:20-cv-01887-JLS-JDE, the Court finds consolidation to be appropriate here. Accordingly, the Court GRANTS the Parties' Stipulation and ORDERS as follows:

1. Case Nos. 8:20-cv-01529-JLS-JDE and 5:20-cv-01887-JLS-JDE are to be consolidated for all purposes, including trial, under **8:20-cv-01529-JLS-JDE, and shall bear the caption:** *In re Prime Healthcare ERISA Litigation*, 8:20-cv-01529-JLS-JDE, and all further documents shall be filed in that Action and with that case number only;

2. Plaintiffs shall file a Consolidated Amended Complaint ("CAC") on or before December 14, 2020;

3. Defendants shall answer, move, or otherwise respond to the Consolidated Amended Complaint within sixty (60) days of the filing of that Consolidated Amended Complaint;

4. Plaintiffs shall oppose any motion to dismiss filed by Defendants within thirty (30) days of the filing of that motion;

5. Defendants shall reply to Plaintiffs' opposition within twenty-one (21) days of the filing of the opposition.

Dated: December 08, 2020



HON. JOSEPHINE L. STATON

UNITED STATES DISTRICT JUDGE