**DENIED**
BY ORDER OF THE COURT

The denial is without prejudice. It is unclear what specific order the parties seek from the Court. The Stipulation does not propose that the Court issue a specific order and the proposed order stating that the Court "grants the parties' stipulation" is insufficient.

**FILED**
JAN 28, 2022
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY ___MKU___
Deputy Clerk, U.S. District Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Prime Healthcare ERISA Litig.* | Case No. 8:20-cv-1529-JLS (JDEx) |
| | [Proposed] **ORDER GRANTING JOINT STIPULATION** |
| | Judge: Josephine L. Staton |

## ORDER

This Court, having considered the parties' Joint Stipulation regarding their agreement on naming additional defendants in this action and finding good cause, **HEREBY GRANTS THE PARTIES' STIPULATION**. **IT IS SO ORDERED.**

Dated: _____, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Joint Stipulation