UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:20-cv-01529-JLS-JDE                                        Date: December 12, 2023
Title:  In re: Prime Healthcare ERISA Litigation

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Gabby Garcia | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER CONTINUING FINAL PRETRIAL CONFERENCE AND HEARING ON MOTIONS IN LIMINE (Docs. 145–147, 149, 151–152) TO JANUARY 19, 2024 AT 10:30 AM**

On the Court's own motion, the Final Pretrial Conference and the hearing on the parties' motions in limine (Docs. 145–147, 149, 151–152) are CONTINUED from December 15, 2023 to **January 19, 2024 at 10:30 am.**

                                                                                                Initials of Deputy Clerk:  gga