# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Prime Healthcare ERISA Litig.* | Case No. 8:20-cv-1529-JLS-JDE<br><br>**JUDGMENT** |

## JUDGMENT

On August 22, 2024, the Court issued its Findings of Fact and Conclusions of Law, finding in favor of Defendants on all of Plaintiffs' claims (Doc. 229). Therefore, it is ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is entered in favor of Defendants and against Plaintiffs; and
2. Defendants may apply to the Clerk to tax eligible costs under Local Rule 54.

DATED: August 24, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE